**2009–2324. State v. Calhoun.**
Cuyahoga App. No. 92103, 2009-Ohio-6097.
PFEIFER and LANZINGER, JJ., dissent.

**2009–2342. State v. Winters.**
Lucas App. Nos. L–08–1195, L–08–1263, and L–08–1264, 2009-Ohio-5992. Discretionary appeal accepted; cause held for the decision in 2009–1997, *State v. Hodge,* Hamilton App. No. C–080968; and briefing schedule stayed.
LUNDBERG STRATTON, J., dissents.

**2009–2358. Allstate Ins. Co. v. Campbell.**
Franklin App. Nos. 09AP–306, 09AP–307, 09AP–308, 09AP–309, 09AP–318, 09AP–319, 09AP–320, and 09AP–321, 2009-Ohio-6055.
   Appeal of Allstate Insurance Company accepted on Proposition of Law Nos. II and III.
   MOYER, C.J., and LANZINGER and CUPP, JJ., would also accept the appeal on Proposition of Law No. I.
   PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent.
   Appeal of Erie Insurance Exchange accepted on Proposition of Law No. II.
   MOYER, C.J., and LANZINGER and CUPP, JJ., would also accept the appeal on Proposition of Law No. I.
   PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent.
   Appeal of American Southern Insurance Company accepted on Proposition of Law No. II.
   MOYER, C.J., and LANZINGER and CUPP, JJ., would also accept the appeal on Proposition of Law No. I.
   O'CONNOR, J., would accept the appeal on Proposition of Law Nos. III and IV.
   PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent.
   Appeal of Grange Mutual Casualty Company accepted on Proposition of Law Nos. II and III.
   MOYER, C.J., and LANZINGER and CUPP, JJ., would also accept the appeal on Proposition of Law No. I.
   PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent.

**2010–0004. State v. Sprauer.**
Ross App. No. 09CA3121, 2009-Ohio-6698. Discretionary appeal accepted; cause held for the decisions in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387, and 2008–0991 and 2008–0992, *Chojnacki v. Cordray,* Warren App. No. CA2008–03–040; and briefing schedule stayed.

**2010–0027. In re D.P.**
Lake App. No. 2008–L–186, 2009-Ohio-6149. Discretionary appeal accepted; cause held for the decisions in 2008–1624, *In re Smith,* Allen App. No. 1–07–58, 2008-Ohio-3234, 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387, and 2009–0189, *In re Adrian R.,* Licking App. No. 08CA17, 2008-Ohio-6581; and briefing schedule stayed.
   CUPP, J., would not accept the appeal on Proposition of Law No. IV.
   LANZINGER, J., not participating.

**2010–0029. In re R.J.G.**
Lake App. No. 2008–L–187, 2009-Ohio-6150. Discretionary appeal accepted; cause held for the decision in 2008–1624, *In re Smith,* Allen App. No. 1–07–58, 2008-Ohio-3234, 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387, and 2009–0189, *In re Adrian R.,* Licking App. No. 08CA17, 2008-Ohio-6581; and briefing schedule stayed.
   CUPP, J., would not accept the appeal on Proposition of Law No. IV.
   LANZINGER, J., not participating.